911

No. 78–125.   ROBERTS *v.* UNITED STATES.   C. A. 7th Cir.
Certiorari denied.

No. 78–134.   SEXTON *v.* UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 78–154.   ELECTRI-FLEX Co. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 7th Cir.   Certiorari denied.

No. 78–163.   L. D. McFARLAND Co. *v.* NATIONAL LABOR RELATIONS BOARD.   C. A. 9th Cir.   Certiorari denied.

No. 78–189.   COUNCIL FOR EMPLOYMENT AND ECONOMIC ENERGY USE *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL.   C. A. 1st Cir.   Certiorari denied.

No. 78–191.   FASSNACHT *v.* PENNSYLVANIA.   Super. Ct. Pa.
Certiorari denied.

No. 78–273.   DERBOFEN ET AL. *v.* T. L. JAMES & Co., INC.
Ct. App. La., 4th Cir.   Certiorari denied.

No. 78–280.   SWIMLEY *v.* ILLINOIS.   App. Ct. Ill., 1st Dist.
Certiorari denied.

No. 78–291.   LINDLEY, TAX COMMISSIONER OF OHIO *v.*
AMERICAN MODULARS CORP.   Sup. Ct. Ohio.   Certiorari denied.

No. 78–298.   ALLEN *v.* ATLANTIC NATIONAL BANK ET AL.
Sup. Ct. Va.   Certiorari denied.

No. 78–299.   FONTANA AVIATION, INC. *v.* BALDINELLI ET AL.
C. A. 6th Cir.   Certiorari denied.